**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-3029-CR-S-MDH |
| ) | |
| CAROLYN COBB, ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE
PRESENTENCE INVESTIGATION REPORT**

Comes Now, Defendant Carolyn Cobb, through Counsel Ryan D. Reynolds, and moves this Honorable Court for an Extension of Time to File Objections to the Presentence Investigation Report from today, November 21, 2017, to November 28, 2017. Defendant offers the following suggestions in support:

1. Counsel has reviewed the PSI with the defendant and she has several objections.
2. This case has significant and complex issues which require research and investigation into the US Sentencing Guidelines and the facts of the case.
3. Counsel is aware of all objections defendant intends to make, but is unable to complete them by the deadline, today, November 21, 2017.
4. Counsel will have the objections filed by November 28, 2017.

WHEREFORE, Defendant requests this Honorable Court grant this motion for extension of time to file objections to the presentence investigation report to November 28, 2017, and for any other relief deemed just and proper.

1

Respectfully submitted:

***/s/ Ryan D. Reynolds***
211 E. Walnut
Springfield, MO 65806
417-986-6529
Ryan@RyanReynoldsLaw.com

Certificate of Service

    I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court on November 21, 2017 by using the CM/ECF system, which will send a notice of electronic filing to all Counsel of Record.

s/ Ryan D. Reynolds

2